AO 91 (Rev. 08/09) Criminal Complaint

**UNDER SEAL**

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

**FILED** FEB 10 2020
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| ANDREA YU ANDRUS | ) Case No. 1:20-mj- 57 |
| CARLOS DANIEL FELICIANO | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 2018 to December 17, 2019 in the county of Fairfax County in the Eastern District of Virginia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 846 | Conspiracy to distribute controlled substances. |

This criminal complaint is based on these facts:
Please see the attached Affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
AUSA Carina A. Cuellar

*Complainant's signature*
FBI Special Agent, Dwayne Thompson
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/10/2020

/S/ John F. Anderson
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, Virginia

Hon. John F. Anderson, U.S. Magistrate Judge
*Printed name and title*